### KERR DRY GOODS CO. v. THREADGILL et ux.

No. 6630—Opinion Filed May 23, 1916.

(157 Pac. 925.)

#### Appeal and Error—Briefs—Effect of Failure to File—Reversal.

Where a cause has been duly submitted, and the defendant in error has failed to file an answer brief within the time allowed by the rules of this court, and no reason therefor has been given or extension of time granted for good cause, and the brief filed by the plaintiff in error reasonably well sustains the assignments of error set out in the petition in, error, the court will not search the record to find some reason why the judgment appealed from should be sustained, but will reverse and remand the case for a new trial.

(Syllabus by Wilson, C.)

Error from County Court, Oklahoma County; John W. Hayson, Judge.

Action by the Kerr Dry Goods Company against John Threadgill and wife. Judgment for defendants, and plaintiff brings error. Reversed and remanded for new trial.

A. J. McCarthy and Lawrence Mills, for plaintiff in error.

Opinion by WILSON, C. This case comes to this court on appeal from the county court of Oklahoma county, and was filed on July 16, 1914. The defendant in error, John Threadgill, having died thereafter, the case was subsequently revived in the name of his administratrix, Frances Threadgill. Plaintiff in error's brief was duly served and filed on February 5, 1916.

Although the case has been duly submitted by order of the court, defendants in error have failed to file an answer brief within the time allowed by the rules of the court, or at all, and no reason has been given for such failure.

Having examined the plaintiff in error's brief, and finding that it reasonably well sustains the assignments of error set out in its petition in error, we therefore, without searching the record to find some reason why the judgment of the trial court should

be sustained, recommend that it be reversed and remanded to the county court of Oklahoma county, with directions that a new trial be granted.

By the Court: It is so ordered.